**Copyrights-In-Suit for IP Address 174.51.178.175**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/17/2013 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 02/08/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/06/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/09/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/01/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/24/2012 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/12/2012 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/17/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/03/2013 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 04/05/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/04/2012 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 10/07/2012 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/24/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

CO164