IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01525-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LAURA XIONG,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 27].  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 27] is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.  It is

    FURTHER ORDERED that Malibu Media, LLC's, Motion To Strike Defendant Laura Xiong's Affirmative Defenses is **DENIED AS MOOT**.

    DATED:  May 16, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge